MATTHEW C. ELSTEIN (SBN 174400)
melstein@selmanlaw.com
LORRIE A. WALKER (SBN 272637)
lwalker@selmanlaw.com
SELMAN BREITMAN LLP
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025-6538
Telephone: 310.445.0800
Facsimile: 310.473.2525

Attorneys for Defendants KINETACORE, LLC, US DRYNEEDLING and PHYSIO PRODUCTS LLC, PAUL KILLOREN, EDO ZYLSTRA, and AUSTIN WOODS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

INTERNATIONAL CENTER FOR INTEGRATIVE MEDICINE, a State of California non-profit corporation,

Plaintiffs,

v.

KINETACORE, a State of Colorado Limited Liability Company; US DRY NEEDLING and PHYSIO PRODUCTS, LLC, a State of Washington Limited Liability Company; IDRYNEEDLE, a Washington-based company; MEDBRIDGE, INC., a State of Washington corporation; RED CORAL ACUPUNCTURE SUPPLIES PTY LTD, an Australian private company; PAUL KILLOREN; EDO ZYLSTRA; and AUSTIN WOODS,

Defendants.

Case No:

**DEFENDANTS KINETACORE LLC, US DRY NEEDLING AND PHYSIO PRODUCTS, LLC, PAUL KILLOREN, EDO ZYLTRA, AND AUSTIN WOODS' NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1332, 1441 AND 1446**



Selman Breitman LLP
ATTORNEYS AT LAW

**TO THE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION:**

**PLEASE TAKE NOTICE** that Defendants KINETACORE, LLC, US DRY NEEDLING AND PHYSIO PRODUCTS, LLC, sometimes doing business as IDRYNEEDLE, PAUL KILLOREN, EDO ZYLSTRA, and AUSTIN WOODS (collectively "Defendants") hereby remove this civil action from the Superior Court of the State of California for the County of Orange, to the United States District Court for the Central District of California – Southern Division. Defendants' removal is based upon 28 U.S.C. §§1332(a) and 1441 because there is complete diversity of citizenship between Plaintiff International Center for Integrative Medicine ("Plaintiff"), on the one hand, and each and every Defendant on the other, and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

In support of this Notice of Removal, Defendants further state:

1. On February 17, 2016, Plaintiff obtained a Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction, based upon an operative Amended Complaint for Declaratory and Injunctive Relief filed in the Superior Court of the State of California for the County of Orange. The operated Amended Complaint is styled *International Center for Integrative Medicine, a State of California non-profit corporation, Plaintiff vs. Kinetacore, a State of Colorado limited liability company; US Dry Needling and Physio Products LCC, a State of Washington limited liability company; IDryNeedle; Medbrige, Inc., a State of Washington corporation; Red Coral Acupuncture Supplies PTY LTD, an Australian private company; Paul Killoren, an individual and resident of the State of Washington; Edo Zylstra, an individual and resident of the State of Michigan; and Austin Woods, an individual and resident of the State of Washington, Defendants*. The Amended Complaint bears Orange County Superior Court Case

Selman Breitman LLP
ATTORNEYS AT LAW

Number 30-2016-008-35053-CL-MC-CJC. The Amended Complaint asserts causes of action for 1) Defendants lack any legal authority to insert acupuncture needles – Declaratory Judgment; and 2) The Pharmacy Act does not allow Defendants to give away, sell, or otherwise furnish acupuncture needles – Declaratory Judgment. Copies of the Complaint, Amended Complaint and TRO with supporting documentation and exhibits, which comprise all the documents ultimately served on Defendants and filed in the Superior Court, are attached hereto as Exhibit "A".

2. Plaintiff made multiple attempts to serve Defendants with the Complaint, Amended Complaint and TRO. However, Plaintiff was unable to effectuate proper service on any Defendant. On March 23, 2016, Plaintiff mailed a Notice and Acknowledgement of Receipt to counsel for Defendants Kinetacore, US Dry Needling and Physio Products, LLC sometimes d/b/a IDryNeedle, Paul Killoren, Edo Zylstra, and Austin Woods. A signed copy of the Notice and Acknowledgement is attached hereto as Exhibit "B". Counsel for the Defendants executed and returned the Notice and Acknowledgment to Plaintiff on April 11, 2016.

3. Plaintiff and Defendants jointly filed a Stipulation Continuing the Hearing on Preliminary Injunction and Setting Briefing Schedule with the Orange County Superior Court on March 17, 2016. A copy of the Stipulation with Proof of Service is attached hereto as Exhibit "C".

4. The Complaint, Amended Complaint, and TRO assert claims arising out of alleged violations by Defendants of California public health and safety laws regarding acupuncture and physical therapy. These claims center on a physical therapy conference which occurred at the Anaheim Convention Center from February 17 through 20, 2016. Plaintiff seeks to permanently enjoin Defendants from selling, either in-person or online, or otherwise furnishing or marketing any of Defendants' products and services, including physical therapy training services

Selman Breitman LLP
ATTORNEYS AT LAW

and the sale of Myotech Dry Needles, at any time, in the State of California, including but not limited to the conference.

5. Based on the allegations of the pleadings, Defendants are informed and believe that Plaintiff is and was at the time of filing of this action and of this Notice of Removal, a California non-profit organization, with its principal place of business in Oakland, California. [See Amended Complaint at ¶ 16]

6. At the time of the filing of the pleadings and this Notice of Removal, defendant Kinetacore, LLC is and was a limited liability company organized under the laws of the State of Colorado, with its principal place of business in Brighton, Colorado. The sole member of the Kinetacore LLC is defendant Edo Zylstra, an individual whose citizenship and place of residence is the State of Michigan. The citizenship of a limited liability company is determined by the citizenship of its members. *See Johnson v. Columbia Props. Anchorage, LP,* 437 F.3d 894, 899 (9th Cir. 2006).

7. At the time of the filing of the pleadings and this Notice of Removal, defendant US Dry Needling and Physio Products LLC, sometimes d/b/a IDryneedle, is and was a limited liability company organized under the laws of Washington, with its principal place of business in Kirkland, Washington. The members of US Dry Needling are defendant Edo Zylstra, a citizen and resident of the State of Michigan, defendant Paul Killoren, a citizen and resident of the State of Washington, defendant Austin Woods, a citizen and resident of the State of Washington, Michael Killoren, a citizen and resident of the State of Wisconsin, and David Vanderploeg, a citizen and resident of the State of Wisconsin.

8. At the time of the filing of the pleadings and this Notice of Removal, defendant IDryneedle was a "DBA" of defendant US Dry Needling. The citizenship and principal place of business of IDryneedle is irrelevant for purposes of establishing complete diversity of citizenship. *See Frith v. Blazon-Flexible Flyer, Inc.*, 512 F.2d 899, 900 (5th Cir. 1975).



Selman Breitman LLP
ATTORNEYS AT LAW

690541.1 1473.39802

9. At the time of the filing of the pleadings and this Notice of Removal, Defendants are informed and believe that defendant Medbridge, Inc., is and was a corporation incorporated under the laws of the State of Washington, with its principal place of business in Seattle, Washington. However, Medbridge, Inc. was dismissed with prejudice from this action on March 3, 2016.

10. At the time of the filing of the pleadings and this Notice of Removal, defendant Red Coral Acupuncture Supplies PTY, LTD is and was a foreign company organized under the laws of Australia. Defendants are informed and believe that Plaintiff has never served defendant Red Coral.

11. As noted above, defendant Zylstra is a citizen and resident of the State of Michigan, and defendants Woods and Killoren are citizens and residents of the State of Washington.

12. Pursuant to 28 U.S.C. § 1441(b), diversity suits are removable "if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought." Here, none of the named Defendants is a citizen of the State of California.

13. The amount in controversy in this action is in excess of $75,000, exclusive of interests and costs. Plaintiff seeks to permanently enjoin Defendants from the marketing and sale of dry needles, physical therapy training courses, and other products and services in the State of California. The value of these products and services is in excess of $500,000, and Defendants would be injured in an amount no less than $500,000 should Plaintiff succeed in its claims.

14. This, therefore, is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332(a), and is one that may be removed to this Court by Defendants pursuant to 28 U.S.C. §§ 1441 and 1446, in that there is complete diversity of citizenship between Plaintiff on the one hand, and Defendants on the other, and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

15. Furthermore, this Notice of Removal is timely filed pursuant to 28 U.S.C § 1446(b) which provides that, "[t]he notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based..." In order to trigger the thirty-day removal period, receipt of the summons and complaint must be by proper service. *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999). The earliest service of the pleadings was properly effectuated on Defendants was March 23, 2016. Removal is timely.

16. Pursuant to 28 U.S.C § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Orange County Superior Court.

17. Pursuant to 28 U.S.C § 1446(d), Defendants are providing this Notice of Removal to Plaintiff.

WHEREFORE, Defendants KINETACORE, LLC, US DRY NEEDLING AND PHYSIO PRODUCTS, LLC, sometimes d/b/a IDRYNEEDLE, PAUL KILLOREN, EDO ZYLSTRA, and AUSTIN WOODS hereby remove this action from the Superior Court of California for the County of Orange, to the United States District Court for the Central District of California – Southern Division. Defendants request that this Court exercise jurisdiction over all further proceedings in this action.

DATED: April 19, 2016

SELMAN BREITMAN LLP

By: /s/ Matthew C. Elstein
MATTHEW C. ELSTEIN
LORRIE A. WALKER
Attorneys for Defendants KINETACORE, LLC, US DRYNEEDLING and PHYSIO PRODUCTS LLC, PAUL KILLOREN, EDO ZYLSTRA, and AUSTIN WOODS

Selman Breitman LLP
ATTORNEYS AT LAW